■ ROMEO C. DI PIRRO et al., Respondents, v CLARENCE FIRE DISTRICT No. 1, Appellant. [825 NYS2d 398]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered June 27, 2005. The order after a nonjury trial, among other things, adjudged that defendant discriminated against plaintiffs with respect to the manner in which it administers its service awards program.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, A.P.J., Martoche, Centra and Pine, JJ.

■ KIMBERLY A. BOLIS, Respondent, v MICHAEL A. FITZPATRICK, JR., et al., Appellants. (Appeal No. 1.) [825 NYS2d 398]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered May 31, 2005 in a personal injury action. The order, inter alia, granted plaintiff's motion to set aside the verdict awarding damages for past and future pain and suffering and to increase those awards to $30,000 and $50,000, respectively, and granted that part of defendants' motion seeking to reduce the award of damages for past medical expenses.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously modified on the law by denying plaintiff's motion and as modified the order is affirmed without costs.

Same memorandum as in *Bolis v Fitzpatrick* (35 AD3d 1153 [2006]). Present—Hurlbutt, A.P.J., Martoche, Centra and Pine, JJ.